KENNETH PARKINSON (6778), for:
**HOWARD, LEWIS & PETERSEN, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
120 East 300 North Street
Provo, Utah 84606
Telephone: (801) 373-6345
Facsimile: (801) 377-4991
ParkinsonK@ProvoLawyers.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, STATE OF UTAH

| JESSICA LEWIS MORTENSEN, Plaintiff, vs. SOLUTIONREACH, INC., Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)** <br><br> Case No. 2:19-cv-828-CW <br> Judge Clark Waddoups |
|---|---|

Pursuant to Utah or Fed. R. Civ. P. 41(a), plaintiff moves this Court to dismiss the complaint with prejudice. No answer was filed.

DATED this  13th   day of March 2020.

*/s/ Kenneth Parkinson*
KENNETH PARKINSON, for:
HOWARD, LEWIS & PETERSEN, P.C.
Attorneys for Plaintiff